■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v BRYANT WHITE, Appellant. [873 NYS2d 229]—Judgment, Supreme Court, New York County (Charles H. Solomon, J., at hearing; Bruce Allen, J., at plea and sentence), rendered on or about September 14, 2007, unanimously affirmed. No opinion. Order filed. Concur—Andrias, J.P., Nardelli, Catterson, Acosta and DeGrasse, JJ.